UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALENA ROSHCHYNA,<br>Plaintiff,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Defendants. | Case No. 26-cv-13473-VC<br><br>**ORDER REGARDING MOTION FOR TRO**<br><br>Re: Dkt. No. 2 |

The government's opposition brief (Dkt. No. 11) raises serious doubt about jurisdiction. If Roshchyna was being held by the government in the Eastern District of California at the time she filed her habeas petition, then only a court in that district may hear the petition. *See Doe v. Garland*, 109 F.4th 1188, 1198 (9th Cir. 2024) ("[T]he only federal court that can properly entertain a habeas petition is one located in the 'district in which the applicant is held,' in other words, the district of confinement." (quoting 28 U.S.C. § 2242)).

Should jurisdiction lie in the Eastern District, the Court would be inclined to dismiss the petition without prejudice rather than transfer it, given the unique posture of this case. The Court shares the government's procedural concerns about the duty judge's release order (Dkt. No. 3), namely, that it was effectively a temporary restraining order issued without analyzing the *Winter* factors. The order also lacked an explanation as to why it was issued without notice and without providing the government with an opportunity—even on a short timeframe—to respond. Pursuant to that order, Roshchyna is currently out of custody. *See* Dkt. No. 9. Dismissal of this habeas petition would, by definition, vacate the duty judge's order. Dismissal would be without prejudice to re-filing in the proper jurisdiction if Roshchyna is re-detained.

Accordingly, Roshchyna is ordered to show cause why her habeas petition should not be dismissed for lack of jurisdiction. A written response to the order to show cause is due by 12:00 p.m. on Tuesday, November 17. The government's reply is due by 12:00 p.m. on Wednesday, November 18. An in-person hearing will take place on Thursday, November 19 at 10:00 a.m. in San Francisco, Courtroom 03, 17th Floor.

**IT IS SO ORDERED.**

Dated: November 13, 2026

VINCE CHHABRIA
United States District Judge