UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALENA ROSHCHYNA,<br>Plaintiff,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Defendants. | Case No. 26-cv-13473-VC<br><br>**ORDER DISMISSING CASE** |

Due to Roshchyna's failure to respond to the Court's order to show cause, her habeas petition is dismissed for lack of jurisdiction. *See* Dkt. No. 12. Dismissal is without prejudice to re-filing in the proper jurisdiction if Roshchyna is re-detained.

**IT IS SO ORDERED.**

Dated: November 18, 2026

VINCE CHHABRIA
United States District Judge